UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:12-cr-1-RBD-PRL

WILLIAM CHRISTOPHER
DEMPSEY

_____

**ORDER**

Before the Court is the *pro se* Defendant's reply (titled a "Response") to the Government's Response in Opposition to Defendant's Motion for Compassionate Release (Doc. 84). (Doc. 85.) Defendant did not have leave of Court to file a reply. *See* Local Rule 3.01(d). However, the Court will interpret Defendant's filing as a Motion for Leave to File a Reply to the Government's Response.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Leave to File a Reply is **GRANTED**. The Court will accept Defendant's Reply (Doc. 85) as filed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 23, 2024.



ROY B. DALTON, JR.
United States District Judge